IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

JOANN M. WHITE,

          Plaintiff,

   v.

BANK OF AMERICA, N.A.; BAC HOME
LOANS SERVICING, a LIMITED
PARTNERSHIP; RECONTRUST
COMPANY, N.A.; FEDERAL NATIONAL
MORTGAGE ASSOCIATION; and
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,

          Defendants.

3:11-cv-1209-ST

ORDER

Michael D. O'Brien
OLIVEROS & O'BRIEN PC
9200 SE Sunnybrook Blvd, Ste 150
Clackamas, OR 97015

Robert M. Hildum
SUNDERLAND & ASSOCIATES
10121 SE Sunnyside Road, Ste 300
Clackamas, OR 97015

      Attorneys for Plaintiff

1 - ORDER

Julie Engbloom
Pilar C. French
LANE POWELL, PC
601 SW Second Avenue, Ste 2100
Portland, OR 97204

    Attorneys for Defendants

HERNANDEZ, District Judge:

    Magistrate Judge Janice M. Stewart issued a Findings and Recommendation (doc. #24) on March 6, 2012, recommending that defendants' Motion to Dismiss (doc. #9) be granted and this case be dismissed.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

    The Court ADOPTS Magistrate Judge Stewart's Findings and Recommendation (doc. #24). Accordingly, defendants' Motion to Dismiss (doc. #9) is granted and this case is dismissed.

    IT IS SO ORDERED.

    DATED this \_\_2\_\_ day of \_\_April\_\_, 2012.

    _____
    MARCO A. HERNANDEZ
    United States District Judge

2 - ORDER